IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                        Case No. 6:24-cr-60005

JEREMY ALAN BARRETT                                                                                      DEFENDANT

## ORDER

Before the Court is Defendant's Motion for Psychological or Psychiatric Examination.[1] ECF No. 52. Defendant does not seek an examination to determine his competency pursuant to 18 U.S.C. § 4241 or § 4242. Instead, Defendant requests the examination because it would provide additional information on his mental health issues that are referenced in the United State Probation Office's Final Pre-Sentence Investigation Report ("PSR"). ECF No. 48, ¶¶ 112-114, 126, 142. Defendant contends that such information will assist the Court in determining an appropriate sentence for the offense to which he pled guilty.[2]

The Court finds that the requested examination is unnecessary. The information already provided in the PSR is sufficient to formulate Defendant's sentence. Defendant remains free to provide any additional information regarding his mental health history. Accordingly, Defendant's Motion for Psychological or Psychiatric Examination (ECF No. 52) is hereby **DENIED**.

**IT IS SO ORDERED**, this 5th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Defendant initially filed the request for a psychiatric exam pro se. ECF No. 50. The instant motion primarily adopts the reasoning set out in the pro se filing.
[2] Defendant pled guilty to Count 1 of the Indictment. ECF No. 42.